**No. 11-6005. Steven L. Greenleaf, Petitioner v. Florida.**

565 U.S. 967, 132 S. Ct. 463, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7547.

October 17, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 63 So. 3d 763.

**No. 11-6040. Dennis Walker DeBerry, Petitioner v. Leary Davis, et al.**

565 U.S. 967, 132 S. Ct. 463, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7500.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 428 Fed. Appx. 253.

**No. 11-6043. Troy Connelly, Petitioner v. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al.**

565 U.S. 967, 132 S. Ct. 463, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7469.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6064. Rodney Carson, Petitioner v. Stuart Hudson, Warden.**

565 U.S. 967, 132 S. Ct. 463, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7556.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 421 Fed. Appx. 560.

**No. 11-6073. Mohammad Bhatti, Petitioner v. Collector of Revenue of the City of St. Louis, Missouri, et al.**

565 U.S. 967, 132 S. Ct. 463, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7590.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 334 S.W.3d 444.

**No. 11-6083. Roy L. Ellis, Petitioner v. Nebraska.**

565 U.S. 967, 132 S. Ct. 463, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7570.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 281 Neb. 571, 799 N.W.2d 267.

**No. 11-6088. Michael Drawbaugh, Petitioner v. Pennsylvania.**

565 U.S. 967, 132 S. Ct. 464, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7506.

October 17, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 23 A.3d 563.

**No. 11-6119. Gilbert Washington, Petitioner v. School Board of Hillsborough County.**

565 U.S. 967, 132 S. Ct. 473, 181 L. Ed. 2d 302, 2011 U.S. LEXIS 7585,

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.